# __*MAGISTRATE CASE NUMBER**

# *OR*

# __*X NO MAGISTRATE PAPERS WERE FOUND*

# *FOR*

# NAME: ASHLY HOWARD

# Initials: CMS